The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on May 26, 2010, which may be different from its entry on the record.

**IT IS SO ORDERED.**



Dated: May 26, 2010

Arthur I. Harris
United States Bankruptcy Judge

---

BK1002932
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-12535 |
| Wayne A Graves<br>Dorothy M Graves | Chapter 7 |
| | Judge Harris |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT**<br>**5211 PHILIP AVENUE, MAPLE HEIGHTS, OH 44137** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **8**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 5211 Philip Street Maple Heights, OH 44137.

###

SUBMITTED BY:

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Dorothy M Graves - Debtor
5211 Philip Street
Maple Heights, OH 44137
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Wayne A Graves - Debtor
5211 Philip Street
Maple Heights, OH 44137
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Shorain L. McGhee, Esq. - Attorney for Debtors
6325 York Rd.
#305
Parma Hts., OH 44130
shorain.mcghee@sbcglobal.net
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Alan J. Treinish - Trustee
1370 Ontario Street
Suite 700
Cleveland, OH 44113
atreinish@epitrustee.com
VIA ELECTRONIC SERVICE